Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

Richmond Division

| | |
|---|---|
| MICHAEL PRINCE HODGES<br>Sui Juris<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Henrico Police Department<br>Bradley Randall Hill<br>Alan Thomas Richardson<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23CV271<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MICHAEL PRINCE HODGES |
   | Street Address | 5327 Chamberlayne Road suite 15043 |
   | City and County | Richmond |
   | State and Zip Code | Virginia 23227 |
   | Telephone Number | 3476143743 |
   | E-mail Address | drayze2@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Bradley Randall Hill
    Job or Title *(if known)*:
    Street Address: 7721 East parham road
    City and County: Henrico
    State and Zip Code: Virginia 23294
    Telephone Number: 8045015000
    E-mail Address *(if known)*:

Defendant No. 2

    Name: Alan Thomas Richardson
    Job or Title *(if known)*:
    Street Address: 7721 East Parham Road
    City and County: Henrico
    State and Zip Code: Virginia 23294
    Telephone Number: 8045015000
    E-mail Address *(if known)*:

Defendant No. 3

    Name: Henrico Police Department    Serve Eric D. English
    Job or Title *(if known)*:
    Street Address: 7721 East Parham Road
    City and County: Henrico
    State and Zip Code: Virginia 23294
    Telephone Number: 8045015000
    E-mail Address *(if known)*:

Defendant No. 4

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

    b.    If the defendant is a corporation

The defendant, *(name)* n/a _____, is incorporated under the laws of the State of *(name)* n/a _____, and has its principal place of business in the State of *(name)* n/a _____.

Or is incorporated under the laws of *(foreign nation)* n/a _____,

and has its principal place of business in *(name)* n/a _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

```
BREACH OF TRUST mis-use of private property without consent, fraud, Identity theft Thef
t of Trust property. mis-use of the name MICHAEL PRINCE HODGES that has been claimed
by MPH Foundation TRUST which is a trust, Deprivation of rights under color of law, vi
olations of the fourth, fifth, eleventh, fourteenth Amendment, Fraudulent contracting und
er duress, identity theft.
```

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

```
Damages and relief sought from fraudulent contract, no equal consideration given for my copyright for
 my private property for which I have a claim to. The Defendant has no right to use my property and
 has failed to answer documentation and has failed to state a claim over my private property which is
  claimed in my favor. Please see attached documents Exhibits A, B, C. Bradley Randall Hill after recie
ving the claim that on the private property he still neglected to do his own due dilligence of what
 a foreign national is which is states in his own police policy of his own department which is a disg
race after the foia request the admission of his report referring to me King Michael Prince Hodges b
eing a sovereign citizen and stalking my private property family members of where they domicile four
 days prior before pulling me over is threatning and disgusting please see exhibit A. The very theft
```

*SEE Attached*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

```
  in trust into a contract without my consent or the right to steal my private plates to travel. The s
tate along with its agents Bradley Randall Hill, Alan Thomas Richardson, Henrico Police Department  nor
  the state have no claim to my private property and I want my private property returned to the MPH Fo
undation Trust which is a trust to be returned to me at once without delay plus $1,000,000.00 in gold
   and silver for my loss of private property. The Henrico police department were placed on notice a in
   advance on july 3 of 2022 of my recorded property warning them if they were to violate me or my prope
rty which they have agreed to it through signing the certified return reciept along with their acquie
scence which is an agreement to my contract. See attached forms for my Claim Exhibits A, B, C, D.
```

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The principal criminal statute, which provides that "[a]ny willfully and for purposes of commercial advantage or private financial gain" shall be punished as provided. Deprivations of rights 18 usc subsection 241 and 242 under color of law, 42 USC subsection 1983, 18 USC 1985 civil conspiracy to violate rights, 1986 negligent failure to prevent violation of civil rights, Violation of the fourth fifth, fourteenth, eigth amendments, Securities fraud 18 USC 472, securities fraud 18 USC 475, identity theft and fraud.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* MICHAEL PRINCE HODGES, is a citizen of the State of *(name)* VIRGINIA.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Bradley Randall Hill, is a citizen of the State of *(name)* VIRGINIA. Or is a citizen of *(foreign nation)* _____.

Relief sought that Bradley Randall Hill, Alan Thomas Richardson, Henrico Police Department to compensate me for damages to my private property and that all compensate me 1,000,000.00 in damages for the mis-use of my private property according to claim numbers, 00072319-1, 00071836-1, 00074312-1, and documentation from the FMCSA 3997993 and documents in Grey Gerogia Superior court recorders office # image 151 book 2022 page 1092-1116 please see attached documents.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/25/2023

Signature of Plaintiff: Michael Prince Hodge    UCC 1-308 w/o recourse
Printed Name of Plaintiff: Michael Prince Hodges    UCC 1-308 w/o recourse

### B. For Attorneys

Date of signing: N/A

| | |
|---|---|
| Signature of Attorney | n/a |
| Printed Name of Attorney | n/a |
| Bar Number | n/a |
| Name of Law Firm | n/a |
| Street Address | n/a |
| State and Zip Code | n/a |
| Telephone Number | n/a |
| E-mail Address | n/a |

04/25/2023

III Statement of Claim.

The defendants BRADLEY RANDALL HILL, AIAN THOMAS RICHARDSON wrongfully discriminated against my Indigenous rights and way of life Article 15 of the United Nations and defamation of character. On top of that my private property was stolen from me and not returned nor was any compensation given to me for my losses. According to the foia request BRADLEY RANDALL HILL refered to me in his report as a sovereign citizen which I am not. I am part of a tribe the Malachian Empire.

I hereby deem my statements to be fact and the best to my knowledge under penalties of perjury so help me god.

xo by: Michael Prince Roof ucc1-308
w/o recourse