IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL PRINCE HODGES,

    Plaintiff,

v.                                        Civil Action No. 3:23cv271

HENRICO POLICE DEPARTMENT,
et al.,

    Defendants.

## FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the Defendants' Motion to Dismiss. (ECF No. 14.) The Court hereby DISMISSES the Amended Complaint WITHOUT PREJUDICE

The Court does not grant leave to amend, rendering this order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order dismissing a case without leave to amend is final and appealable). Mr. Hodges is advised that he has the right to appeal the decision of the Court. Should he wish to do so, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. *See* Fed. R. App. P. 4(a)(1)(A). Failure to file a written notice of appeal may result in the loss of the right to appeal.

The Clerk of the Court is DIRECTED to send a copy of the accompanying Memorandum Opinion and this Order to Mr. Hodges at his address of record.

It is SO ORDERED.

Date: 02/16/2024
Richmond, Virginia

/s/ MHL
M. Hannah Lauck
United States District Judge